IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

COKER, PALMER, PHILLIPS & MULLEN, INC.,
PAUL T. WESTERVELT, JR.,
and MICHAEL D. BODINO  PLAINTIFFS/PETITIONERS

v.  CIVIL ACTION NO. 4:06cv144TSL-JCS

STERNE, AGEE & LEACH, INC.,  DEFENDANT/RESPONDENT

## UNOPPOSED FINAL JUDGMENT
## AND ORDER OF CONFIRMATION OF ARBITRAL AWARD

CAME BEFORE THIS COURT Plaintiffs/Petitioners Coker, Palmer, Phillips & Mullen, Inc., Paul T. Westervelt, Jr. and Michael D. Bodino's (collectively "Petitioners") Complaint and Petition for Confirmation of Arbitral Award against Defendant/Respondent Sterne, Agee & Leach, Inc.  Sterne, Agee & Leach, Inc. has indicated that it does not oppose Petitioner's Request for Confirmation of the Arbitrator's Award requested in Petitioners' Complaint.  Considering this is an Unopposed Order, this Court FINDS the relief requested by Petitioners to be well-taken.

WHEREFORE, PREMISES CONSIDERED, pursuant to the Federal Arbitration Act, including, but not limited to 9 U.S.C. § 9, it is hereby finally ORDERED and ADJUDGED that:

(1) The November 1, 2006 (NASD Service Date of November 2, 2006), NASD Dispute Resolution Award (Exhibit A hereto) is CONFIRMED and incorporated into this Judgment by reference; and

(2) Coker, Palmer, Phillips & Mullen, Inc., Paul T. Westervelt, Jr. and Michael D. Bodino are granted FINAL JUDGMENT from and against Sterne, Agee & Leach, Inc. on the terms set forth in the NASD Dispute Resolution Award, Exhibit A hereto.

SO ORDERED and ADJUDGED, this the 6th day of December, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE